IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 2:19-cr-67 |
| Plaintiff, | : |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| ROGER DALE ANDERSON, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Roger Dale Anderson's Motion for Production of all statements by alleged co-conspirators. (ECF No. 14). During the pre-trial conference on February 14, 2020, the Defendant withdrew the Motion. The Motion is now moot.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Dated: February 14, 2020