IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
: Case No. 2:19-cr-67
    Plaintiff, :
:
v. : Chief Judge Algenon L. Marbley
:
ROGER DALE ANDERSON, :
:
    Defendant. :

## VERDICT FORM

### Count I

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

_____ Not Guilty      \_\_✓\_\_ Guilty

of knowingly, intentionally, and unlawfully combining, conspiring, confederating, and agreeing with others in violation of 21 U.S.C. § 846 to knowingly, intentionally, and unlawfully distribute and dispense, or cause to be distributed and dispensed through prescriptions, mixtures of substances containing a detectable amount of a Schedule II controlled substance, other than for a legitimate medical purpose in the usual course of professional practice, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 1 of the Indictment.

Jurors' Signatures

SIGNED THIS \_5\_ DAY OF \_3\_, 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-cr-67 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| Defendant. | : | |

**VERDICT FORM**

**Count II**

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty          ✓ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 120 Oxycodone 5mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 2 of the Indictment.

**Jurors' Signatures**

SIGNED THIS \_5\_ DAY OF \_3\_, 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-cr-67 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| Defendant. | : | |

### VERDICT FORM

### Count III

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty          ✓ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 150 Hydrocodone-Acetaminophen 10/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 3 of the Indictment.

**Jurors' Signatures**

[signatures]

SIGNED THIS 5 DAY OF 3 , 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:19-cr-67 |
| Plaintiff, | : | |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

### Count IV

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty          ✓ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 90 Oxycodone-Acetaminophen 5/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 4 of the Indictment.

**Jurors' Signatures**

[signatures]

Foreperson

SIGNED THIS 5 DAY OF 3, 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : Case No. 2:19-cr-67 |
| v. | : Chief Judge Algenon L. Marbley |
| ROGER DALE ANDERSON, | : |
|     Defendant. | : |

**VERDICT FORM**

**Count V**

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty      ✓ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 180 Oxycodone-Acetaminophen 10/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 5 of the Indictment.

**Jurors' Signatures**

[signatures]

SIGNED THIS 5 DAY OF 3, 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:19-cr-67 |
| Plaintiff, | : | |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| | : | |
| Defendant. | : | |

### VERDICT FORM

### Count VI

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

_____ Not Guilty          √ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 120 Hydrocodone-Acetaminophen 10/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 6 of the Indictment.

Jurors' Signatures

SIGNED THIS 5 DAY OF 3 , 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:19-cr-67 |
| Plaintiff, | : | |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| | : | |
| Defendant. | : | |

## **VERDICT FORM**

### Count VII

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

_____ Not Guilty        √ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 120 Oxycodone HCL 10 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 7 of the Indictment.

**Jurors' Signatures**

*[signatures]*

SIGNED THIS 5 DAY OF 3 , 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:19-cr-67 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| ROGER DALE ANDERSON, | : |
| Defendant. | : |

### VERDICT FORM

### Count VIII

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

_____ Not Guilty    ✓ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 120 Oxycodone-Acetaminophen 7.5/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 8 of the Indictment.

**Jurors' Signatures**

SIGNED THIS 5 DAY OF 3, 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-cr-67 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| Defendant. | : | |

**VERDICT FORM**

**Count IX**

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty     √ Guilty

of knowingly and intentionally dispensing and distributing a quantity of a Schedule II controlled substance, 120 Hydrocodone-Acetaminophen 10/325 mg, not for a legitimate medical purpose in the usual course of professional practice in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as charged in Count 9 of the Indictment.

**Jurors' Signatures**

SIGNED THIS 5 DAY OF 3 , 2020.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-cr-67 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| ROGER DALE ANDERSON, | : | |
| Defendant. | : | |

## VERDICT FORM

### Count X

We the jury, in the above entitled case, unanimously find the Defendant, Roger Dale Anderson

\_\_\_\_\_ Not Guilty        ✓ Guilty

of knowingly and willfully executing a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. § 24, in connection with the delivery or payment for, health care benefits, items or services by causing the submission of claims to health care benefit programs for prescriptions that were issued in violation of law or otherwise outside the bounds of accepted medical practice in violation of 18 U.S.C. § 1347, as charged in Count 10 of the Indictment.

Jurors' Signatures

SIGNED THIS 5 DAY OF 3, 2020.