IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

## PRESENTENCE REFERRAL

JUDGE MARBLEY

AUSA: Ken Affeldt & Doug Squires
Defense Attorney: Dave Thomas & Katy
Wallrabenstein

Defendant:       Roger Dale Anderson
Case Number:     CR2-19-67

Offense:         Ct. 1 -Conspiracy to dispense & distribute controlled substances
                 Cts 2-10 - Illegal dispensing of schedule II controlled substances

Counts:          1 - 10 (**Note**) count 8 was dismissed - confer with U.S. Atty

Conviction on:   [x]   Jury Verdict
                 [ ]   Court Decision
                 [ ]   Guilty Plea at Arraignment
                 [ ]   Change of plea to Guilty

Custody Status   [ ]   Federal
                 [ ]   State
                 [x]   Bond
                 [ ]   Other

DATE:            March 6, 2020

Signed:  _Betty Clark_____
                 Betty Clark, Deputy Clerk

COPY TO:    U.S. Probation