## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 03, 2025

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re:  Case No. 24-3313, *USA v. Roger Anderson*
            Originating Case No. 2:19-cr-00067-1

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                       Sincerely,

                                       s/Abby Hahn
                                       for Robin Baker, Case Manager

cc:  Mr. Roger Dale Anderson
      Ms. Mary B. Young

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-3313
_____

Filed: March 03, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROGER DALE ANDERSON

    Defendant - Appellant

MANDATE

   Pursuant to the court's disposition that was filed 02/06/2025 the mandate for this case hereby issues today.

COSTS: None